| United States Bankruptcy Court<br>Western District of Tennessee | VOLUNTARY<br>PETITION |
|---|---|

| **NAME OF DEBTOR (Last, First, Middle)**<br>Moore, Tony Randall | **NAME OF JOINT DEBTOR:  (Last, First, Middle)** |
|---|---|
| **ALL OTHER NAMES** used by Debtor in last 8 years<br>(include married, maiden, and trade names) | **ALL OTHER NAMES** used by Debtor in last 8 years<br>(include married, maiden, and trade names) |
| **Last 4 digits of S.S. #**  (If more than one, state all)<br>XXX-XX-4001 | **Last 4 digits of S.S. #** (If more than one, state all)<br>XXX-XX- |
| **STREET ADDRESS OF DEBTOR:**<br>201 SOUTH 16TH AVENUE<br>PARAGOULD, AR  72450 | **STREET ADDRESS OF JOINT DEBTOR:** |
| **COUNTY OF RESIDENCE**:  GREENE | **COUNTY OF RESIDENCE**:  SAME |
| **MAILING ADDRESS OF DEBTOR** (If different) | **MAILING ADDRESS OF JOINT DEBTOR** |

| **INFORMATION REGARDING DEBTOR** | |
|---|---|
| Location of Principal Assets of Business Debtor<br>(If different from address listed above) | |

<table>
<tr>
<td>

**TYPE OF DEBTOR** (Check one box)
(Form of Organization)

[**XX**] Individual (includes Joint Debtors)
    *See Exhibit D on page 2 of this form*
[      ] Corporation (includes LLC and LLP)
[      ] Partnership
[      ] Other (type of entity: _____ )

**NATURE OF BUSINESS** (Check one box)

[   ] Health Care Business
[   ] Single Asset Real Estate as defined in 11 USC 101
[   ] Railroad
[   ] Stockbroker
[   ] Commodity Broker
_____

**FILING FEE** (Check One Box)

[   ] Full filing fee attached.

[XX] Filing Fee to be paid in installments (Individuals
    Only) Must attach signed application for court's
    consideration certifying that Debtor is unable to
    pay fee except in installments. Rule 1006(b).

[   ] Filing Fee waiver requested (Chapter 7 only)
    Must attach signed application for the court's
    consideration.  See Official Form 3B.

</td>
<td>

**CHAPTER OF BANKRUPTCY CODE UNDER
WHICH PETITION IS FILED** (Check One Box)

[XX]  Chapter 7
[   ]   Chapter 9
[   ]   Chapter 11
[   ]   Chapter 12
[   ]   Chapter 13
_____

**NATURE OF DEBTS**
(Check one box.)

[**XX**] Debts are primarily consumer debts,  [   ] Debts are primarily
    defined in 11 USC 101(8) as "incurred    business debts
    by an individual primarily for a personal,
    family, or household purpose."
_____

**CHAPTER 11 DEBTORS**

**Check one box:**
[   ] Debtor is a small business defined in 11 USC 101
[   ] Debtor is not a small business debtor as defined
    in 11 USC 101(51D)
**Check if:**
[   ] Debtor's aggregate non-contingent liquidated
    debts are less than $2 million.
-------------------------------------------

**Check all applicable boxes:**
[   ] A plan is being filed with this petition.
[   ] Acceptances of plan were solicited pre-petition
    from the classes of creditors (11 USC 1126(b)).

</td>
</tr>
</table>

| **Statistical and Administrative Information** |
|---|
| [   ] Debtor estimates funds will be available for distribution to unsecured creditors<br>[XX] Debtor estimates that after exempt property is excluded and admn. expenses<br>    paid, there will be no funds available for distribution to unsecured creditors. |

**ESTIMATED NUMBER OF CREDITORS**

| [XX] 1-49 | [   ] 50-99 | [   ] 100-199 | [   ] 200-999 |
|---|---|---|---|

**ESTIMATED ASSETS**      (In thousands of dollars)

| [XX] 0k-50k | [   ] 50k-100k | [   ] 100k-500k | [   ] $500k – 1 million |
|---|---|---|---|

**ESTIMATED LIABILITIES**      (In thousands of dollars)

| [XX] 0k-50k | [   ] 50k-100k | [   ] 100k-$500k | [   ] $500k – 1 million |
|---|---|---|---|

**Voluntary Petition**

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
TONY MOORE

| ALL PRIOR BANKRUPTCY CASE(S) FILED WITHIN LAST 8 YEARS | | |
|---|---|---|
| Location Where Filed:<br>NONE | Case Number(s): | Date(s) Filed: |

| PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF DEBTOR | | |
|---|---|---|
| Name of Debtor:<br>NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| EXHIBIT A | EXHIBIT B |
|---|---|
| (To be completed if Debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Sect. 13 or 15(d) of the Securities and Exchange Act of 1934 and is requesting relief under Chapter 11.)<br><br>[  ] Exhibit A is attached and made part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under such chapter. I further certify that I have delivered to the debtor the notice required by 11 USC 342(b).<br><br>X   /s/ Brad George          Date: June 9, 2015<br>    Signature of Attorney for Debtor(s) |

**EXHIBIT C**

Does the Debtor own or have possession of any property that poses or is alleged to pose a threat of imminent harm to public health or safety?

[  ]     Yes, and Exhibit C is attached and made a part of this petition.
[XX]    No.

**EXHIBIT D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

[XX]    Exhibit D completed and signed by the Debtor is attached and made a part of this petition.
   If this is a joint petition:
[    ]    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**INFORMATION REGARDING THE DEBTOR (Check the applicable Boxes)**

**Venue** (Check any applicable box)

[XX] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[  ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

[  ] Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding in a federal or state court in this District, or the interest of the parties will be served in regard to the relief sought in this District.

**STATEMENT BY A DEBTOR WHO RESIDES AS A TENANT OF RESIDENTIAL PROPERTY**
*Check all applicable boxes.*

[  ] Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following:
        Name of Landlord that obtained judgment:
        Address of Landlord:

[  ] Debtor claims that under applicable non-bankruptcy law, there are circumstances under which the Debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

[  ] Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

## SIGNATURES

| **SIGNATURE(S) OF DEBTOR(S)** | **SIGNATURE OF FOREIGN REPRESENTATIVE** |
|---|---|

**SIGNATURE(S) OF DEBTOR(S)**

I declare under penalty of perjury that the information provided in this petition is true and correct to the best of my knowledge, information, and belief.

I am aware that I may proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under Chapter 7.

I have obtained and read the notice required by 11 U.S.C. 342(b).

I request relief in accordance with the Chapter of Title 11, United States Code, specified in this Petition.

X /s/ TONY MOORE
  Signature of Debtor

X _____
  Signature of Joint Debtor

DATE:  June 9, 2015

**SIGNATURE OF FOREIGN REPRESENTATIVE**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

[  ] I request relief in accordance with Chapter 15 of Title 11, United States Code.  Certified copies of the documents required by Section 1515 of Title 11 are attached.

[  ] Pursuant to Section 1511 of Title 11, United States Code, I request relief in accordance with the Chapter of Title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

Signature of Foreign Representative:
DATE:  June 9, 2015

### SIGNATURE OF ATTORNEY

X /s/   Brad George
Signature of Attorney for Debtor(s)

BRAD GEORGE
Printed Name of Attorney for Debtor(s)

**LAW OFFICE OF BRAD GEORGE**
**2400 POPLAR AVENUE, SUITE 460**
**MEMPHIS, TN  38112**
**(901) 323-1311   FAX: (901) 323-1644**
DATE:  June 9, 2015

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct to the best of my knowledge, information, and belief, and that I have been authorized to file this petition on behalf of the Debtor.

The Debtor requests relief in accordance with the Chapter of Title 11, United States Code, specified in this Petition.

X _____
  Signature of Authorized Individual

_____
  Printed Name of Authorized Individual

_____
  Title of Authorized Individual

_____
  Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 USC 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 USC 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 USC 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 USC 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security # is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in crimes or imprisonment or both under 11 USC 100; 18 USC 156.*

IN RE: TONY MOORE

Debtor(s).

Case No.:

Chapter 7

### EXHIBIT D -- INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning:  You must be able to check truthfully one of the five statements regarding credit counseling listed below.  If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file.  If that happens, you will lose whatever filing fee paid, and your creditors will be able to resume collection activities against you.  If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this exhibit D.  If a joint petition is filed, each spouse must complete and file a separate Exhibit D.  Check one of the five statements below and attach any documents as directed.*

[XX] 1.  Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.  *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

[  ] 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.  *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

[  ] 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Must be accompanied by a motion for determination by the court][Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request.  You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  A motion for extension must be filed within the 30-day period.  Failure to fulfill these requirements may result in the dismissal of your case.  If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

[  ] 4. I am not required to receive credit counseling briefing because of: *[Check the applicable statement] [Must be accompanied by a motion for determination by the court]*

[  ] Incapacity.  (Defined in 11 USC 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

[  ] Disability. (Defined in 11 USC 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

[  ] Active military duty in a military combat zone.

[  ] 5. The United States Trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 USC 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: /s/ TONY MOORE                    Date: June 9, 2015

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

IN RE: TONY MOORE

Case No.:
Chapter 7

Debtor(s).

## DISCLOSURE OF COMPENSATION

I certify that Brad George is the Attorney for the above named Debtor(s) and that the compensation paid or agreed to be paid to me for services rendered or to be rendered on behalf of the Debtor(s) in or in connection with a case under Title 11 of the United States Code, such payment or agreement having been made after one year before the date of filing of the petition is as follows pursuant to written contract:  $480  paid and $114  to be paid.  If the case is dismissed or converted, then contractual terms apply.  The source of the compensation paid is the Debtor.  Further charges may be made pursuant to contract.  I have not agreed to share this compensation with any other person.

DATE:  June 9, 2015

/s/ Brad George
Brad George (#17994)
Counsel for Debtor(s)
2400 Poplar Av., Suite 460
Memphis, TN  38112
(901) 323-1311

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

IN RE: TONY MOORE

Case No.:
Chapter 7

Debtor(s).

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedule A and B to determine the total amount of the debtors assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11 or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $15,000 | | |
| B - Personal Property | YES | 2 | $32,580 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $57,000 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 1 | | $0 | |
| F - Creditors Holding Unsecured Non-priority Claims | YES | 2 | | $26,689 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Co-debtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $4,492 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $4,954 |
| | | 12 | $47,580 | $83,689 | |
| | | | TOTAL | TOTAL | |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

IN RE: TONY MOORE

Case No.:
Chapter 7

Debtor(s).

**STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 USC 159)**

If you are an individual debtor whose debts are primarily consumer debts, as defined in 11 USC 101(8) of the Bankruptcy Code, filing a case under Chapter 7, 11, or 13, you must report all the information requested below.

[  ] Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 USC 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
| --- | --- |
| Domestic Support Obligations (from Schedule E) | $0 |
| Taxes and Certain Other Debts owed to Governmental Units (from Schedule E)(whether disputed or undisputed) | $0 |
| Claims for Death or Personal Injury while Debtor was Intoxicated (from Schedule E) | $0 |
| Student Loan Obligations (from Schedule F) | $0 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0 |
| TOTAL | $0 |

**State the following:**

| | |
| --- | --- |
| Average Income (from Schedule I, Line 16) | **$4,492** |
| Average Expenses (from Schedule J Line 18) | **$4,954** |
| Current Monthly Income (from Form 22A Line 12 **or** Form 22B Line 11 **or** Form 22C Line 20 | **$5,197** |

**State the following:**

| | | |
| --- | --- | --- |
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $10,000 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $0 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0 |
| 4.  Total from Schedule F | | $26,689 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $36,689 |

IN RE:      TONY MOORE    Chapter 7 Case No.:

# SCHEDULE A -- REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community)." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

    If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C- Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF PROPERTY W/O DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| POTENTIAL ¼ HEIRSHIP INTEREST IN PROPERTY AT 3715 BENSON M,T  38109 | PROBABLE ¼ HEIRSHIP (WILL MAY BE INVOLVED) | J | $15,000 (TRIED TO SELL AND BEST OFFER WAS $14,000) | $28,000 |
|  |  |  |  |  |
|  |  |  |  |  |
|  | **TOTAL** |  | **$15,000** | **$28,000** |

IN RE:      TONY MOORE    Chapter 7 Case No.:

# SCHEDULE B -- PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing a "H, W, J, or C" in the appropriate column.  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only on Schedule C of exemptions.  Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G.  If the property is being held for the debtor or by someone else, state that person's name and address under the appropriate column.

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF PROPERTY W/O DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand | | RESIDENCE/DEBTOR | | $20 |
| 2.  Checking Account | | BANK | | $130 |
| 3.  Savings Account | | BANK | | $30 |
| 4.  Other financial accounts, CD's, and shares in any financial institution | X | | | |
| 5.  Household goods and furnishings, including audio, video, & computers | | RESIDENCE | J | $3,000 |
| 6.  Books, pictures, artwork, antiques, & collectibles (stamps, coins, music) | X | | | |
| 7.  Wearing apparel | | RESIDENCE/DEBTOR | H | $300 |
| 8.  Furs and jewelry | X | | | |
| 9.  Firearm, sporting, & hobby equipment | | GUN | | $100 |
| 10. Interests in insurance policies | X | | | |
| 11.Annuities (itemize & name issuer). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension / profit sharing plan | | SHELBY COUNTY PENSION | H | $10,000 |
| 13.Stocks and other corporate interests | X | | | |
| 14. Interests in partnerships and other joint ventures | X | | | |
| 15. Government and corporate bonds & other non/negotiable instruments | X | | | |
| 16. Accounts receivable | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled | X | | | |
| | | **SUBTOTAL** | | $13,580 |

IN RE:        TONY MOORE    Chapter 7 Case No.:

# SCHEDULE B -- PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF PROPERTY W/O DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Other liquidated debts owing debtor including refunds Give particulars | X | | | |
| 19. Equitable or future interests, life estates, and rights of powers exercisable for debtor's benefit | X | | | |
| 20. (Non)/Contingent interests in estate of decedent, death benefit plan, life insurance, policy, or trust | X | | | |
| 21. Other (non)/contingent claims of every nature (counterclaims, setoffs) | X | | | |
| 22. Patents, copyrights, and other intellectual property | X | | | |
| 23. Licenses, franchises, and other general intangibles   Give particulars | X | | | |
| 24. Automobiles, trucks and trailers | | 2012 CHEVY CAMARO | | $16,000 |
| 25. Automobiles, trucks and trailers | | 2006 SUZUKI BLVD M109 | | $3,000 |
| 26. Automobiles, trucks and trailers | X | | | |
| 27. Boats, motors, and accessories | X | | | |
| 28. Aircraft and accessories | X | | | |
| 29. Office equipment and furnishings. | X | | | |
| 30. Machinery, fixtures, equipment, and supplies used in business | X | | | |
| 31. Inventory | X | | | |
| 32. Animals | X | | | |
| 33. Crops – growing or harvested | X | | | |
| 34. Farming equipment & implements | X | | | |
| 35. Farm supplies, chemicals, and feed | X | | | |
| 36. Other personal property of any kind    not already listed    Itemize | X | | | |
| | | **TOTAL** | | $32,580 |

IN RE:        TONY MOORE    Chapter 7 Case No.:

# SCHEDULE C -- PROPERTY CLAIMED AS EXEMPT

Debtor(s) elects the exemptions to which they are entitled under 11 U.S.C.S. 522(b)(2):  Exemptions available under applicable  non-bankruptcy federal, state, or local law where the debtor's domicile has been located for the 180 days preceding the filing of the petition.

| DESCRIPTION OF THE PROPERTY | LAW PROVIDING EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY W/O DEDUCTING EXEMPTIONS |
|---|---|---|---|
| 1.   Homestead. | TCA 26-2-301 | $0 | $ |
| 2.   Cash on hand. | TCA 26-2-103 | $20 | $20 |
| 3.   Checking account. | TCA 26-2-103 | $130 | $130 |
| 4.   Savings account. | TCA 26-2-103 | $30 | $30 |
| 5.   Security deposits. | TCA 26-2-103 | $0 | $ |
| 6.   Household goods and furnishings. | TCA 26-2-103 | $1,500 | $3,000 |
| 7.   Books, pictures, art, antiques, & collectables. | TCA 26-2-103 | $0 | $ |
| 8.   Wearing apparel. | TCA 26-2-104 | $300 | $300 |
| 9.   Furs and jewelry. | TCA 26-2-103 | $0 | $ |
| 10.  Firearms, sporting, & hobby equipment. | TCA 26-2-103 | $100 | $100 |
| 11.  Interests in insurance policies. | TCA 26-2-110 | $0 | $ |
| 12.  Annuities (itemize and name issuer). | TCA 26-2-105 | $0 | $ |
| 13.Interests in IRA's, pensions, & profit-sharing. | TCA 26-2-105 | $10,000 | $10,000 |
| 14.  Alimony, maintenance, and support. | TCA 26-2-111(1) | $0 | $ |
| 15.  Health Care Aid. | TCA 26-2-111(5) | $0 | $ |
| TAX REFUND | TCA 26-2-103 | $0 | $ |
| 17.  Automobiles, trucks,   12 CAMARO | TCA 26-2-103 | $1 | $16,000 |
| 18.  Automobiles, trucks,   06 SUZUKI | TCA 26-2-103 | $1 | $3,000 |
| 19.  Automobiles, trucks, | TCA 26-2-103 | $0 | $ |
| 20.  Automobiles, trucks, | TCA 26-2-103 | $0 | $ |
| 21. Machinery, fixtures, equipment, & supplies. | TCA 26-2-103 | $0 | $ |
| 22.  Tools of the trade and professional books. | TCA 26-2-111(4) | $0 | $ |
| 23.  Office equipment and furnishings. | TCA 26-2-103 | $0 | $ |
| 24.  Workers Compensation. | TCA 50-6-223 | $0 | $ |
| 25.  Personal injury and wrongful death | TCA 26-2-111(2) | $0 | $ |
| | ***TOTAL*** | $12,082 | |

IN RE: TONY MOORE                                            Chapter 7    Case No.

# SCHEDULE D -- CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgement liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in joint case may be jointly liable on a claim, place an X in the column labeled Codebtor, include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife both of them, or the marital community may be liable on each claim by placing an H, W, J, or C in the column labeled Husband, Wife, Joint, or Community.

If the claim is contingent place an X in the column labeled Contingent. If the claim is unliquidated, place an X in the column labeled Unliquidated. If the claim is disputed, place an X in the column labeled Disputed. (You may need to place an X in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled Total on the last sheet of the completed schedule. Report this total also on the Schedule D.

| CREDITOR S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D B T | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, & DESCRIPTION & MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T | U N L I Q | D I S P | TOTAL AMOUNT OF CLAIM | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|---|
| Alliance One Receivables Mgt., Inc. 4850 Street Rd #300 Trevose, PA 19053 | | | Residence<br>3715 Benson, Memphis, TN 38109<br>$15,000 | | | | $28,000 | |
| Ally Bank P.O. Box 380902 Bloomington, MN 55438 | | | 2012 Chevrolet Camaro<br>$16,000 | | | | $20,000 | $4,000 |
| Capital One, N. A. C/O Stoneleigh Recovery Assoc. P.O. Box 1479 Lombard, IL 60148 | | | 2006 Suzuki Motorcycle<br>$3,000 | | | | $9,000 | $6,000 |
| Bureaus Inv. Grp. Port. 15 LLC 1717 Central St. Evanston, IL 60201 | | | Notice | | | | $0 | |
| | | | TOTAL | | | | $57,000 | $10,000 |

IN RE: TONY MOORE                                    Chapter 7 Case No.

# SCHEDULE E.  CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided.  Only Holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entitles holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and nay be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtor.  If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "x" in the column labeled "Contingent".  If the claim is unliquidated, place an "X' in the column labeled "Unliquidated". If the claim is disputed, place an "x" in the column labeled "Disputed". ( You may need to place an "x" in more than one of these three columns).

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet.  Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Repeat this total  also on the Summary of Schedules.
[X] Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

[ ] **Extensions of credit in an involuntary case**
   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of the trustee or the order of relief.  11 U.S.C.  507(a)(2).

[ ] **Wages, salaries, and commissions**
   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C.  507 (a)(3).

[ ] **Contribution to employee benefit plans**
   Money owed to employee benefit plans for service rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C  507 (a)(4).

[ ] **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $4,650* per farmer or fishermen, against the debtor, as provided in 11 U.S.C.  507(a)(5).

[ ] **Deposits of Individuals**

   Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C.  507 (a)(6).

[ ] **Alimony, Maintenance or Support**

   Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C.  507 (a)(7).

[ ] **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C.  507 (a)(8).

[ ] **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their Predecessors or Successor, to maintain the capital of an insured depository institution. 11 U.S.C.  507 (a)(9).

IN RE: TONY MOORE                              Chapter 7    Case No.

## SCHEDULE E -- CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims with priority against the debtor or the property of the debtor, as of the date of filing of the petition.  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use a continuation sheet.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an    X    in the column labeled    Codebtor,    Include the entity on the appropriate schedule of creditors, and complete Schedule H- Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an    H,    W,    J,    or    C    in the column labeled    Husband, Wife, Joint, or Community.

If the claim is contingent place an    X    in the column labeled    Contingent.    If the claim is unliquidated, place an    X    in the column labeled    Unliquidated.    If the claim is disputed,  place an    X    in the column labeled    Disputed.    (You may need to place an    X    in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled    Total    on the last sheet of the completed schedule.  Report this total also on the Summary.

| CREDITOR S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D B T | H W J C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SET-OFF, SO STATE. | C O N T | U N L I Q | D I S P | TOTAL AMOUNT OF CLAIM | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | TOTAL | | | | $0 | |

IN RE: TONY MOORE                                    Chapter 7  Case No.

## *SCHEDULE F -- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use a continuation sheet.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an    X    in the column labeled    Codebtor,    Include the entity on the appropriate schedule of creditors, and complete Schedule H- Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an    H,    W,    J,    or  C  in the column labeled    Husband, Wife, Joint, or Community.

If the claim is contingent place an    X    in the column labeled    Contingent.    If the claim is unliquidated, place an    X    in the column labeled    Unliquidated.    If the claim is disputed,  place an    X    in the column labeled    Disputed.    (You may need to place an    X    in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled    Total    on the last sheet of the completed schedule.  Report this total also on the Summary.

| CREDITOR  S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D B T | H W J C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SET-OFF, SO STATE. | C O N T | U N L I Q | D I S P | TOTAL AMOUNT OF CLAIM | |
|---|---|---|---|---|---|---|---|---|
| World Finance Corp.<br>1432 Union Ave.<br>Memphis, TN 38104 | | | Loan | | | | $3,531 | |
| Washington Mutual Bank<br>C/O MCM, Inc.<br>8875 Aero Dr. #200<br>San Diego, CA 92123 | | | CC | | | | $1,966 | |
| Methodist Lebonheur<br>C/O Pietrangelo Cook<br>6410 Poplar #190<br>Memphis, TN 38119 | | | Docket #1675553 | | | | $1,454 | |
| Reedy & Co Realtors<br>C/O Michael Bursi, Atty<br>840 Valleybrook Dr.<br>Memphis, TN 38120 | | | Docket #1607898 | | | | $4,756 | |
| Sunshine Corp.<br>C/O Baer Law Firm<br>200 Jefferson #725<br>Memphis, TN 38103 | | | Docket #1296343 | | | | $2,699 | |
| Trails at Mt. Moriah<br>C/O Bruce Feldbaum, Atty<br>100 N. Main #3020<br>Memphis, TN 38103 | | | Docket #1741313 | | | | $126 | |
| Midland Funding, LLC<br>C/O Shon Leverett, Atty<br>600 W. Washington St.<br>Louisville, KY 40202 | | | Docket #1714540 | | | | $966 | |
| Reedy & Co. Realtors<br>C/O Makowsky Ringel<br>1010 June Rd.<br>Memphis, TN 38119 | | | Notice | | | | $0 | |
| Sam's Club<br>P.O. Box 530942<br>Atlanta, GA 30353 | | | CC | | | | $891 | |
| | | | PAGE TOTAL | | | | $16,389 | |

IN RE: TONY MOORE                                            Chapter 7  Case No.

### SCHEDULE F -- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D B T | H W J C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SET-OFF, SO STATE. | C O N T | U N L I Q | D I S P | TOTAL AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| City of Memphis EMS<br>555 Pleasantville Rd #110N<br>Briarcliff Manor, NY 10510 | | | Medical | | | | $217 |
| Comcast<br>C/O Credit Mngt., L.P.<br>4200 International Pkwy<br>Carrollton, TX 75007 | | | Service | | | | $122 |
| Midland Funding/Fingerhut<br>C/O Fenton & McGarvey PSC<br>2401 Stanley Gault Pkwy<br>Louisville, KY 40223 | | | CC | | | | $598 |
| Dish Network<br>C/O Diversified Cons., Inc.<br>P.O. Box 1117<br>Charlotte, NC 28201 | | | Service | | | | $192 |
| Medical Anesthesia<br>C/O Frost-Arnett Co.<br>P.O. Box 198988<br>Nashville, TN 37219 | | | Medical | | | | $375 |
| Methodist N. Surgery Cntr.<br>C/O CRS<br>P.O. Box 1719<br>Memphis, TN 38101 | | | Medical | | | | $1,065 |
| GI Diagnostic & Therapeutic<br>C/O CAS of TN<br>1982 Madison Ave.<br>P.O. Box 40916<br>Memphis, TN 38174 | | | Medical | | | | $91 |
| Gastro One<br>C/O CAS of TN<br>1982 Madison Ave.<br>P.O. Box 40916<br>Memphis, TN 38174 | | | Medical | | | | $48 |
| Gastro One Anesthesia<br>C/O CAS of TN<br>1982 Madison Ave.<br>P.O. Box 40916<br>Memphis, TN 38174 | | | Medical | | | | $29 |
| APS/Mem. Phys. Rad. Grp.<br>2527 Cranberry Hwy<br>Wareham. MA 02571 | | | Medical | | | | $155 |
| Methodist Lebonheur<br>C/O CRS<br>P.O. Box 1719<br>Memphis, TN 38101 | | | Notice | | | | $0 |
| | | | PAGE TOTAL | | | | $2,892 |

IN RE: TONY MOORE                              Chapter 7 Case No.

### SCHEDULE F -- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D B T | H W J C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SET-OFF, SO STATE. | C O N T | U N L I Q | D I S P | TOTAL AMOUNT OF CLAIM | |
|---|---|---|---|---|---|---|---|---|
| 1st American Nat. Bank<br>C/O Miller & Steeno, PC<br>11970 Borman Dr. #250<br>St. Louis, MO 63146 | | | Loan | | | | $5,245 | |
| Jefferson Capital Sys.<br>C/O Miller & Steeno, PC<br>11970 Borman Dr. #250<br>St. Louis, MO 63146 | | | Notice | | | | $0 | |
| MSK, Grp, P.C.<br>P.O. Box 34605<br>Bartlett, TN 38184 | | | Collection<br>Accnt #5669,2018 | | | | $2,163 | |
| Fogelman Mgt. Grp.<br>C/O Trails at Mt. Moriah<br>3048 Moriah Trails<br>Memphis, TN 38115 | | | Notice | | | | $0 | |
| General Sessions Ct. Clerk<br>140 Adams Ave.<br>Memphis, TN 38103 | | | Notice | | | | $0 | |
| | | | PAGE TOTAL | | | | $7,408 | |
| | | | TOTAL | | | | $26,689 | |

IN RE:        TONY MOORE  Chapter 7 Case No.:

# SCHEDULE G -- EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests. State nature of debtor's interest in contract, i.e. "Purchaser," "Agent," etc.  State whether the debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled on Schedules D-F.

| X | DEBTOR HAS NO EXECUTORY CONTRACTS OR UNEXPIRED LEASES. |
|---|---|

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST |
|---|---|
|   |   |

# SCHEDULE H -- CODEBTORS

Provide the information requested concerning any other person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the non-debtor spouse on this schedule.  Include all names used by the non-debtor spouse during the six years immediately preceding the commencement of this case.

| X | DEBTOR HAS NO CODEBTORS. |
|---|---|

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|   |   |

*I declare under penalty of perjury that I have read the foregoing summary and schedules and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.*

DATE: June 9, 2015  Signature of Debtor:  /s/ TONY MOORE


DATE: June 9, 2015  Signature of Debtor:  /s/_____

IN RE:        **TONY MOORE** Chapter 7 Case No.

Check if this is an amended filing; [  ]
or a supplement showing post petition Ch. 13 income as of the following date: [  ]

# SCHEDULE I – YOUR INCOME

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If you are married and not filing jointly, and your spouse is living with you, include information about your spouse.  If you are separated and your spouse is not filing with you, do not include information about your spouse.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number if known.  Answer every question.

| EMPLOYMENT | DEBTOR 1 | DEBTOR 2 OR NON-FILING SPOUSE |
|---|---|---|
| Occupation: | CORRECTIONS | CASHIER |
| Name of Employer: | SHELBY COUNTY GOV | TJ MAX |
| How long employed: | 26 YEARS | 2 MONTHS |
| Address of Employer: | | |

| INCOME CATEGORY<br>**Estimate monthly income as of the date you file this form.**<br>If you have nothing to report for any line, write $0 in the space.<br>If you have more than one employer, combine the information on the lines below. | DEBTOR 1 | DEBTOR 2 OR NON-FILING SPOUSE |
|---|---|---|
| List monthly gross wages, salary and commissions | $4,724 | $920 |
| Estimate and list monthly overtime pay | | |
| CALCULATE GROSS INCOME | $4,724 | $920 |
| LIST ALL PAYROLL DEDUCTIONS | | |
| a. Tax, Medicare, and social security deductions | $402 | $74 |
| b. Mandatory contributions for retirement plans | $378 | $0 |
| c. Voluntary contributions for retirement plans | $0 | $0 |
| d. Required payments of retirement fund loans | $0 | $0 |
| e. Insurance | $298 | $0 |
| f. Domestic support obligations | $0 | $0 |
| g. Union dues | $0 | $0 |
| h. Other deductions.  Specify | | |
| PAYROLL DEDUCTION TOTAL | $1,078 | $74 |
| **NET MONTHLY TAKE-HOME PAY** | $3,646 | $846 |
| LIST ALL OTHER INCOME REGULARLY RECEIVED | | |
| Net Income from rental property or from a business | $0 | $0 |
| Interest and dividends | $0 | $0 |
| Family support payments regularly received | $0 | $0 |
| Unemployment Compensation | $0 | $0 |
| Social Security | $0 | $0 |
| Other government assistance regularly received | $0 | $0 |
| Pension & Retirement income | $0 | $0 |
| Other; | $0 | $0 |
| TOTAL OF ALL OTHER INCOME | $3,646 | $846 |

| CALCULATE MONTHLY INCOME | $4,492 |
|---|---|
| State all other regular contributions to the expenses put in Sch. J | $0 |
| **TOTAL COMBINED MONTHLY INCOME** | **$4,492** |

IN RE:  TONY MOORE
Case 15-25305   Doc 1   Filed 06/10/15   Entered 06/10/15 12:09:50   Desc Main
Document   Page 20 of 23   Chapter 7 Case No.:
Check if this is an amended filing [  ]
or a supplement showing post-petition ch. 13 expenses [  ]
or a separate filing for Debtor #2 because #2 maintains a separate household [  ]

# SCHEDULE J – YOUR EXPENSES

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach another sheet to this form.  Answer every question.

| *Is this a joint case?* | *# of dependents and if they live with you* | *Relationship* | *Age* |
|---|---|---|---|
| [xx]  No.  [  ] Yes.<br>MARRIED | GS 3  (ALL GRANDCHILDREN LIVE THERE)<br>GS 4<br>GS 6<br>GS 8<br>GS 9<br>GD 3<br>GD 5<br>GD 13<br>SON 19 | | |
| Rent or home mortgage payment (Are Insurance and Taxes included?) | | $850 | |
| UTILITIES: Electricity and Heating Fuel | | $275 | |
| Telephone, cell phone, internet, cable | | $125 | |
| Homeowners / Condo dues or fees | | $0 | |
| Home Maintenance (Repairs and upkeep) | | $0 | |
| Food and housekeeping supplies (include work lunches) | | $1,300 | |
| Childcare and children's education costs | | $0 | |
| Clothing, laundry and dry cleaning | | $175 | |
| Personal care products and services | | $175 | |
| Medical and dental expenses | | $80 | |
| Transportation (gas and maintenance on vehicles only) | | $650 | |
| Entertainment, clubs, recreation, newspapers, magazines and books | | $100 | |
| Charitable contributions and religious donations | | $100 | |
| INSURANCE: Homeowner's or Renter's Insurance | | $0 | |
| Life Insurance | | $0 | |
| Health Insurance | | $0 | |
| Vehicle Insurance | | $95 | |
| Other Insurance: | | $0 | |
| Taxes | | $0 | |
| INSTALLMENT OR LEASE PAYMENTS | | $0 | |
| Payment for Vehicle #1; 2012 CHEVY CAMARO | | $634 | |
| Payment for Vehicle #2; WIFE'S TRUCK NOTE | | $395 | |
| Other: | | $0 | |
| Other: | | $0 | |
| Alimony, maintenance, and support paid to others not deducted in Sch. I | | $0 | |
| Payments for support of additional dependents not living at home | | $0 | |
| Other Real property expenses | | $0 | |
| Other: pet care | | $0 | |
| Other: | | $0 | |
| **TOTAL MONTHLY EXPENSES** | | $4,954.00 | |

IN RE:        TONY MOORE                    Chapter 7  Case # 

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or 13, a married debtor must furnish information for both parties for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below also must complete Questions 19 - 25. If the answer to any questions is "None," or the question is not applicable, mark the box labeled "None". If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number, and question number.

"*Insider*" The term "insider" includes but is not limited to relatives of the debtor, general partners of the debtor and their relatives, corporations of which the debtor is an officer, director, or person in control, officers, directors, and any person in control of a corporate debtor and their relatives, affiliates of the debtor and insiders of such affiliates, and any managing agent of the debtor.

| NONE | FINANCIAL AFFAIR |
|---|---|
| | **1. Income from employment or operation of business:** State the gross amount of income the debtor has received from employment, trade or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (Debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed).<br>2013 $<br>2014 $55,000 APPROX.<br>2015 $23,623 |
| XX | **2. Income other than from employment or operation of business**: State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the 2 years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)<br>**AMOUNT**                    **SOURCE** |
| | **3. Payment to creditors: Complete a. or b., as appropriate, and c.**<br>**a.** *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married filing under chapter 12 or chapter 13 must include payments by either or by both spouses whether or not a joint petition is filed, Unless the spouses are separated and a joint petition is<br>**CREDITOR ADDRESS**        **PAYMENT DATES**        **AMOUNT PAID**        **AMOUNT STILL OWING**<br>**PAID CAR NOTE** |
| XX | **b.** *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)<br>**CREDITOR ADDRESS**        **PAYMENT DATES**        **AMOUNT PAID**        **AMOUNT STILL OWING** |
| XX | **c.** *All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)<br>**CREDITOR ADDRESS/RELATIONSHIP   PAYMENT DATES**        **AMOUNT PAID**        **AMOUNT STILL OWING** |
| | **4. Suits and administrative proceeding, executions, garnishments and attachments:** List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)<br>**CAPTION**        **NATURE OF CASE**        **COURT & LOCATION**        **DISPOSITION**<br>**TRAILS AT MT. MORIAH V DEBTOR IS A COLLECTIONS CASE IN GS**<br>**MIDLAND FUNDING V DEBTOR IS A COLLECTION CASE IN GS** |
| XX | **b.** Describe all property that has been attached, garnished, or seized under any legal or equitable process within one year immediately preceding the commencement of this case. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a jt. petition is filed, unless the spouses are separated and a jt. petition is not filed.)<br>**ADDRESS OF PERSON WHO SEIZED   DATE OF SEIZURE   DESCRIPTION AND VALUE OF PROPERTY** |
| XX | **5. Repossessions, foreclosures and returns** List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separate and a joint petition is not filed.)<br>**CREDITOR ADDRESS**        **TRANSFER DATE**        **PROPERTY & VALUE** |
| XX | **6. Assignments and receiverships a.** Describe any assignment of property for the benefit of creditor made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either/ both spouses whether or not a jt. petition is filed, unless the spouses are separated and a joint petition is not<br>**ASSIGNEE ADDRESS**        **ASSIGNMENT DATE**        **ASSIGNMENT TERMS** |
| XX | **b.** List all property which has been in the hands of a custodian, receiver, or court appointed official within one year immediately preceding the commencement of this case. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a jt petition is filed, unless the spouses are separated and a joint petition is not<br>**CREDITOR ADDRESS**        **PAYMENT DATES**        **AMOUNT PAID**        **AMOUNT OWED** |

| XX | **7. Gifts** List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100/recipient. (Married debtors filing under chap 12 or chap 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed) |
| --- | --- |
| | **RECEIVERS ADDRESS**          **RELATIONSHIP**          **GIFT DATE**          **PROPERTY AND VALUE** |

| XX | **8. Losses** List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed) |
| --- | --- |
| | **PROPERTY & VALUE**          **CIRCUMSTANCES OF LOSS**          **DATE OF LOSS** |

| | **9. Payments related to debt counseling or bankruptcy:** List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case. |
| --- | --- |
| | **PAYEE ADDRESS**          **DATE OF PAYMENT**          **AMOUNT PAID** |
| | **BRAD GEORGE PAID $460 FOR CHAPTER 7** |

| XX | **10. Other Transfers: a.** List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
| --- | --- |
| | **TRANSFEREE ADDRESS**          **DATE**          **PROPERTY & VALUE** |

| XX | **b.** List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary. |
| --- | --- |
| | **NAME OF TRUST/DEVICE**     **DATE OF TRANSFER**     **AMOUNT OF MONEY/PROPERTY OF DEBTORS INTEREST** |

| XX | **11. Closed financial accounts:** List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
| --- | --- |
| | **INSTITUTION & ADDRESS**          **ACCOUNT & BALANCE**          **DATE OF CLOSING** |

| XX | **12. Safe deposit boxes:** List each safe deposit or other box or depository in which the debtor has or had securities, cash or other valuables within one year immediately preceding the commencement of this case. (Married d/rs filing under chap 12 or chap 13 must include boxes & depositories of either or both spouses whether or not a joint petition is filed unless separated and joint one is not) |
| --- | --- |
| | **BANK AND ADDRESS**          **PERSONS W/ ACCESS**          **CONTENTS** |

| XX | **13. Setoffs:** List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
| --- | --- |
| | **CREDITOR & ADDRESS**          **SETOFF DATE**          **SETOFF AMOUNT** |

| XX | **14. Property held for another person:** List property owned by another person the debtor holds/controls. |
| --- | --- |
| | **OWNER AND ADDRESS**          **PROPERTY & VALUE**          **LOCATION** |

| | **15. Prior address of debtor:** If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If jointly filed, report also any separate address of either spouse. |
| --- | --- |
| | **ADDRESS**          **NAME USED**          **OCCUPANCY DATES** |
| | **6452 WHISPERING COURT LANE #208, MEMPHIS, TN FROM JANUARY 2013 TO MAY 29, 2015** |
| | **3715 BENSON, MEMPHIS, TN  38109** |

| XX | **16. Spouses and Former Spouses:** If the Debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state. NAME: |
| --- | --- |

| Xx | **17. Environmental Information:** For the purpose of this question, the following definitions apply: "Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material. "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites. "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environment Law. |
| --- | --- |
| | **A.** List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law: |
| | **SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONEMNTAL**<br>**                                        GOVERNMENTAL UNIT          NOTICE          LAW** |

| Xx | **B.** List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and date of the notice |
| --- | --- |
| | **SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONEMNTAL**<br>**                                        GOVERNMENTAL UNIT          NOTICE          LAW** |

| Xx | **C.** List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |
| --- | --- |
| | **GOVERNMENTAL UNIT ADDRESS          DOCKET NUMBER          STATUS OR DISPOSITION** |

| XX | **ADDITIONAL QUESTIONS RELATING TO BUSINESS # 18-25:** The debtor is not a corporation or a partnership and the debtor has not been engaged as a sole proprietor and has not been "in business" in the last six (6) years preceding the commencement of this case. Therefore, no additional questions relating to business are attached. |
| --- | --- |

*I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.*

DATE: June 9, 2015  Signature of Debtor:  /s/ TONY MOORE

DATE: June 9, 2015  Signature of Debtor:  /s/_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

IN RE:    TONY MOORE

Case No.
Debtor(s) in Chapter 7

## INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

The above named debtor(s) represents:

1.    I, the debtor, have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.    My intention with respect to the property of the estate which secures those consumer debts are as follows.

## A.  *PROPERTY TO BE SURRENDERED.*

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME |
|---|---|
| 06 SUZUKI | CAPITAL ONE / STONELEIGH |
|  |  |

## B.  *PROPERTY TO BE RETAINED*

| DESCRIPTION OF PROPERTY | CREDITORS NAME | REAFFIRMED 524(C) | REDEEM 722 | AVOIDED 522(F) |
|---|---|---|---|---|
| 2012 CHEVY CAMARO | ALLY | XXX |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

3.    I understand that Sec. 521(2)(b) of the Bankruptcy Code requires that I perform the above stated intention within 45 days of the filing of this statement with the court, or within such additional time as the court, for cause, within such 45-day period fixes.

DATE: June 9, 2015

Debtor  /s/ TONY MOORE

DATE: June 9, 2015

Debtor  /s/_____